CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|

FILED ___ LODGED
___ RECEIVED ___ COPY

| United States of America<br>v.<br>**Ramon Vergara-Alarcon**<br>DOB: 1987; Mexican Citizen; A 89 962 209 | DOCKET NO. |
|---|---|

APR 1 3 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MAGISTRATE'S CASE NO.

09 - 3182 M

| Complaint for violation of Title 18 | United States Code § 922 (g)(5)(A) |
|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

That on or about April 12, 2009, at or near the village of Chuichu, Arizona, located on the Tohono O'odham Nation, in the District of Arizona, **Ramon VERGARA-Alarcon**, an illegal alien, did knowingly possess a loaded a .45 Caliber magazine and .45 rounds, and a Colt MK .45 Caliber pistol (SN-FG46424), said firearms not being manufactured in Arizona thus affecting commerce in that it previously was transported into the State of Arizona from another state of foreign country, all in violation of Title 18, United States Code, Section 922(g)(5)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On 4/12/09, at approximately 0620 hours, US Border Patrol Agents assigned to the Casa Grande, Arizona Station encountered subject **VERGARA-Alarcon** in a remote desert location near the village of Chuichu, Arizona located on the Tohono O'odham Nation, in the District of Arizona. Subject **VERGARA-Alarcon** was found with a loaded .45 Caliber magazine and .45 Caliber rounds in his pocket. A Colt MK IV .45 Caliber pistol (SN-FG46424) was found where he was sleeping. An ATF duty agent was notified and gave a verbal statement that the pistols were not manufactured in the State of Arizona. **VERGARA-Alarcon** was found to be illegally in the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION AND WARRANT REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>MCC/lb | SIGNATURE OF COMPLAINANT<br>(official title) |
|---|---|
| | OFFICIAL TITLE<br>ICE, SSA Joseph Stevenson |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 13, 2009 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54